IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Debra A. Benson, | ) | C/A No.: 0:15-1514-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TM Trucking of the Carolinas, LLC; | ) | ORDER |
| TNT Trucking of the Carolinas, Inc.; T-N-T Trucking of York County, Inc.; | ) | |
| TNT Propane, Inc.; and Tony McMillan, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

This action was filed on April 6, 2015. [ECF No. 1]. Pursuant to the first amended scheduling order dispositive motions, if any, were to be filed by no later than February 29, 2016. [ECF No. 25]. This deadline has now expired.[1]

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

March 25, 2016                              Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge

---

[1] The court previously scheduled a hearing on Plaintiff's motion to compel, which was canceled when the parties advised that they had resolved the motion. In emails to the parties regarding scheduling a hearing, chambers staff noted that the deadline for dispositive motions had expired and that a motion to amend should be submitted if the parties planned to file dispositive motions. No motion to amend has been filed.